# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jamal Fareed, | ) | JUDGMENT IN |
| | ) | |
| Plaintiff(s), | ) | CASE 3:19-cv-00254- |
| | ) | |
| vs. | ) | RJC-DSC |
| | ) | |
| Andrew C. Lotempio, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 26, 2019 Order.

June 26, 2019

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court